CO-386-online
10/03

# United States District Court
# For the District of Columbia

CHS INDUSTRIES, LLC, )
)
)
)
)
       vs     Plaintiff  )  Civil Action No._____
)
UNITED STATES CUSTOMS AND BORDER PROTECTION, )
& UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, )
& UNKNOWN EMPLOYEES OF U.S. CUSTOMS AND BORDER PROTECTION, )
& UNKNOWN EMPLOYEES OF U.S. ENVIRONMENTAL PROTECTION AGENCY, )
)
               Defendant  )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for  CHS Industries, LLC  certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of  None  which have

any outstanding securities in the hands of the public:

N/A

These representations are made in order that judges of this court may determine the need for recusal.

                              Attorney of Record

                              Signature

| | |
|---|---|
| 137935 | Peter S. Herrick |
| BAR IDENTIFICATION NO. | Print Name |
| | 3520 Crystal View Court |
| | Address |
| | Miami, FL 33133 |
| | City    State    Zip Code |
| | 305-858-2332 |
| | Phone Number |