AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

CHS INDUSTRIES, LLC,

        Plaintiff,

V.

UNITED STATES CUSTOMS AND BORDER PROTECTION,
& UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,
& UNKNOWN EMPLOYEES OF U.S. CUSTOMS AND BORDER PROTECTION,
& UNKNOWN EMPLOYEES OF U.S. ENVIRONMENTAL PROTECTION AGENCY;

        Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:06CV02205

JUDGE: Gladys Kessler

DECK TYPE: Administrative Agency Rev

DATE STAMP: 12/26/2006

TO: (Name and address of Defendant)

Attorney General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter S. Herrick
Peter S. Herrick, PA
3520 Crystal View Court
Miami, FL 33133

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON      DEC 26 2006

CLERK                                                   DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE January 3, 2007 |
| NAME OF SERVER (PRINT) Peter S. Herrick | TITLE Attorney for Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  U.S. Certified Mail / Return Receipt

**STATEMENT OF SERVICE FEES**

| TRAVEL NA | SERVICES $6.80 | TOTAL $6.80 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 01/11/2007
          Date

*Signature of Server*
Peter S. Herrick
Peter S. Herrick PA
3520 Crystal View Court
Miami, FL  33133
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 7006 2150 0000 0684 1424
Status: Delivered

Your item was delivered at 4:52 AM on January 3, 2007 in WASHINGTON, DC 20530.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

## Notification Options

Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.   ( Go > )


POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   National & Premier Accounts
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Attorney General
   U.S. Department of Justice
   950 Pennsylvania Ave., NW
   Washington, DC   20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _(signature)_    ☐ Agent    ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
JAN 0 3 200

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)            ☐ Yes

2. Article Number
   (Transfer from service label)
   7006 2150 0000 0684 1424

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540