AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

CHS INDUSTRIES, LLC,

          Plaintiff,

**SUMMONS IN A CIVIL CASE**

          V.

UNITED STATES CUSTOMS AND BORDER PROTECTION,
& UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,
& UNKNOWN EMPLOYEES OF U.S. CUSTOMS AND BORDER PROTECTION,
& UNKNOWN EMPLOYEES OF U.S. ENVIRONMENTAL PROTECTION AGENCY;

          Defendants.

CASE NUMBER 1:06CV02205

JUDGE: Gladys Kessler

DECK TYPE: Administrative Agency Rev

DATE STAMP: 12/26/2006

TO: (Name and address of Defendant)

United States Customs and Border Protection
1300 Pennsylvania Avenue, NW
Washington, DC 20229

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter S. Herrick
Peter S. Herrick, PA
3520 Crystal View Court
Miami, FL 33133

an answer to the complaint which is served on you with this summons, within     60     days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON           DEC 2 6 2006

CLERK                                                        DATE

*Maureen Higgins*
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  January 3, 2007 |
| NAME OF SERVER *(PRINT)*  Peter S. Herrick | TITLE  Attorney for Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):   U.S. Certified Mail / Return Receipt

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL  NA | SERVICES  $6.80 | TOTAL  $6.80 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  01/12/2007
           Date

*Signature of Server*
Peter S. Herrick
Peter S. Herrick, P.A.
3520 Crystal View Court
Miami, FL  33133
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



Home | Help | Sign In

Track & Confirm            FAQs

# Track & Confirm

**Search Results**

Label/Receipt Number: 7006 2150 0000 0684 1394
Status: Delivered

Your item was delivered at 9:40 AM on January 3, 2007 in WASHINGTON, DC 20229.

( Additional Details > )   ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

u or others by email.  ( Go > )

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com

WASHINGTON DC 20229        OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $2.55   0109 |
| Certified Fee | | $2.40   11 |
| Return Receipt Fee (Endorsement Required) | | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.80   12/28/2006 |

Postmark Here — DEC 28 2006

Sent To: U.S. Customs & BP
Street, Apt. No.; or PO Box No.
City, State, ZIP+4: Washington, DC  20229

7006 2150 0000 0684 1394

overnment services   jobs   National & Premier Accounts
-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   U.S. Customs & Border
   Protection
   1300 Pennsylvania Ave., NW
   Washington, DC  20229

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *[signature]*  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)    7006 2150 0000 0684 1394

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-154