UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHS INDUSTRIES, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-2205(GK) |
| | ) |
| UNITED STATES CUSTOMS AND | ) |
| BORDER PROTECTION, *et. al.*, | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S MOTION TO APPEAR AT THE
## INITIAL SCHEDULING CONFERENCE BY TELEPHONE

Plaintiff, by and through its undersigned counsel, moves this Court to appear at the Initial Scheduling Conference by telephone. The Court scheduled the Initial Scheduling Conference for Thursday, April 26, 2007 at 10:00 a.m. in Courtroom 26A.

Undersigned counsel's office is located in Miami, Florida. Plaintiff contends that it would be very costly for undersigned counsel to travel from Miami, Florida to Washington, D.C. to attend one scheduling conference. Both the plaintiff and undersigned counsel do not have any other business dealings and/or Court dates scheduled in Washington, D.C. for the month of April, 2007.

In attempt to minimize its legal fees, plaintiff contends that it would be much

1

more cost efficient to appear by telephone and neither party would be burdened by granting its motion. Plaintiff files this motion with ample time for all of the parties to make the necessary arrangements for the plaintiff to appear at the Initial Scheduling Conference by telephone.

                                              Respectfully submitted,

                                              _____/s/_____
                                              PETER S. HERRICK, D.C. Bar # 137935
                                              Peter S. Herrick, P.A.
                                              3520 Crystal View Court
                                              Miami, Florida 33133
                                              Tel.:   305-858-2332
                                              Fax.:   305-858-6347
                                              Email:  pherrick@bellsouth.net
                                              Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the Plaintiff's Motion To Appear At the Initial Scheduling Conference By Telephone was sent by regular U.S. Mail to Jane M. Lyons, Esq., Assistant U.S. Attorney, 555 4th Street, N.W. - Room E4822, Washington, DC 20530 on April 20, 2007.

                                              Peter S. Herrick