UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CHS INDUSTRIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-2205 (GK) |
| | ) | |
| UNITED STATES CUSTOMS AND BORDER PROTECTION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon consideration of Plaintiff's Motion for Order to Show Cause [**Dkt. No. 12**], the Opposition, Reply, and the entire record herein, it is hereby

**ORDERED** that Plaintiff's Motion for Order to Show Cause is **denied**; it is further

**ORDERED** that, in view of the fact that the property at issue in this case has been sold, the parties shall submit praecipes by **March 25, 2008** concerning how the Court should proceed in this case.

March 10, 2008

/s/
Gladys Kessler
United States District Judge

**Copies to: Attorneys of record via ECF**